# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **Sable Networks, Inc. and Sable IP, LLC,**<br><br>　　　　**Plaintiffs,**<br><br>　　v.<br><br>**Cloudflare, Inc.,**<br><br>　　　　**Defendant.** | **Civil Action No. 6:21-cv-00261-ADA**<br><br>**JURY TRIAL DEMANDED** |

## JOINT STIPULATION TO DISMISS CERTAIN OF PLAINTIFFS' ALLEGATIONS

WHEREAS, the above-captioned action was filed by Plaintiffs Sable Networks, Inc. and Sable IP, LLC (collectively, "Plaintiffs" or "Sable") against Defendant Cloudflare, Inc. ("Defendant" or "Cloudflare") in the United States District Court for the Western District of Texas, Waco Division on March 15, 2021;

WHEREAS, in the above-captioned action, Sable alleges: (1) Cloudflare induces infringement of the four asserted United States patents; and (2) Plaintiffs are entitled to enhanced damages arising from Cloudflare's willful infringement of the four asserted United States patents (collectively, the "Allegations");

WHEREAS, Cloudflare indicated its intention to file a motion to dismiss the Allegations;

WHEREAS, Plaintiffs deny that there is any infirmity with the Allegations;

WHEREAS, Plaintiffs acknowledge this Court has a standard practice of dismissing allegations of induced infringement and willful infringement without prejudice to plaintiffs conducting discovery on both issues and without prejudice to plaintiffs amending the complaint to allege induced infringement and/or willful infringement after fact discovery is open;

1

WHEREAS, Plaintiffs and Defendant have met and conferred and agreed that Plaintiffs will voluntarily dismiss the Allegations; however, Plaintiffs and Defendant acknowledge that: (1) this dismissal is pursuant to the Court's standard practice; (2) this Stipulation is not intended to serve as a reflection on the adequacy or inadequacy of any allegations contained in the Complaint; and (3) that the dismissal of the Allegations is without prejudice to Plaintiffs seeking discovery on these issues, to which Cloudflare reserves its rights to raise appropriate objections, and without prejudice to Plaintiffs amending the Complaint to allege induced and/or willful infringement after fact discovery in this action is open and in accordance with the Court's case schedule;

NOW, THEREFORE, Plaintiffs and Defendant hereby jointly stipulate to the entry of an order dismissing the Allegations without prejudice.

Dated: April 30, 2021                    Respectfully submitted,

                                                                          s/Steven Callahan
STEVEN CALLAHAN
  Texas State Bar No. 24053122
  scallahan@ccrglaw.com
CHRISTOPHER T. BOVENKAMP
  Texas State Bar No. 24006877
  cbovenkamp@ccrglaw.com
ANTHONY M. GARZA
  Texas State Bar No. 24050644
  agarza@ccrglaw.com
**CHARHON CALLAHAN**
**ROBSON & GARZA, PLLC**
3333 Lee Parkway, Suite 460
Dallas, Texas 75219
Telephone: (214) 521-6400
Telecopier: (214) 764-8392

*Counsel for Defendant Cloudflare, Inc.*


s/Daniel P. Hipskind
Dorian S. Berger (CA SB No. 264424)
Daniel P. Hipskind (CA SB No. 266763)
**BERGER & HIPSKIND LLP**
9538 Brighton Way, Ste. 320
Beverly Hills, CA 90210
Telephone: (323) 886,3430
Facsimile:  (323) 978-5508
Email: dsb@bergerhipskind.com
Email: dph@bergerhipskind.com

Elizabeth L. DeRieux
State Bar No. 05770585
**CAPSHAW DERIEUX, LLP**
114 E. Commerce Ave.
Gladewater, TX 75647
Telephone: (903) 845-5770
Email: ederieux@capshawlaw.com

*Counsel for Plaintiffs Sable Networks, Inc. and Sable IP, LLC*

## CERTIFICATE OF CONFERENCE

I hereby certify that the parties conferred via e-mail on April 30, 2021, and that Sable Networks, Inc., Sable IP, LLC, and Cloudflare, Inc. agree to request the relief sought herein.

                                                  s/Steven Callahan
                                                  STEVEN CALLAHAN

## CERTIFICATE OF SERVICE

I hereby certify that, on April 30, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Dorian S. Berger, Esq. | Elizabeth L. DeRieux, Esq |
| Daniel P. Hipskind, Esq. | Capshaw DeRieux, LLP |
| Berger & Hipskind LLP | 114 E. Commerce Ave. |
| 9538 Brighton Way, Ste. 320 | Gladewater, TX 75647 |
| Beverly Hills, California 90210 | Telephone: 903-845-5770 |
| Telephone: 323-886-3430 | ederieux@capshawlaw.com |
| Telecopier: 323-978-5508 | |
| dsb@bergerhipskind.com | |
| dph@bergerhipskind.com | |

                                                    s/Steven Callahan
                                                  STEVEN CALLAHAN