IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **Sable Networks, Inc. and Sable IP, LLC,**<br><br>    **Plaintiffs,**<br><br>    v.<br><br>**Cloudflare, Inc.,**<br><br>    **Defendant.** | Civil Action No.<br>**6:21-cv-00261-ADA**<br><br>**JURY TRIAL DEMANDED** |

**[PROPOSED] ORDER**

Before the Court is Plaintiffs Sable Networks, Inc. and Sable IP, LLC (collectively, "Sable") and Defendant Cloudflare, Inc.'s ("Cloudflare") Joint Stipulation to Dismiss Certain of Plaintiffs' Allegations (the "Stipulation"). The Court, having reviewed the Stipulation, hereby **APPROVES** the Stipulation. Accordingly, Sable's allegations of induced infringement, enhanced damages, and willful infringement are hereby **DISMISSED WITHOUT PREJUDICE** to Sable seeking discovery on these issues, to which Cloudflare reserves its rights to raise appropriate objections, and without prejudice to Sable amending its complaint to allege such allegations after fact discovery in this action is open and in accordance with the Court's case schedule.

**SO ORDERED.**

Dated: _____

_____
**THE HONORABLE ALAN ALBRIGHT**
**U.S. DISTRICT COURT JUDGE**

1