# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **SABLE NETWORKS, INC.** AND **SABLE IP, LLC,** <br><br> *Plaintiffs,* <br><br> v. <br><br> **RIVERBED TECHNOLOGY, INC.,** <br><br> *Defendant.* | Civil Action No. 6:21-cv-00175-ADA <br><br> **JURY TRIAL DEMANDED** |
| **SABLE NETWORKS, INC.** AND **SABLE IP, LLC,** <br><br> *Plaintiffs,* <br><br> v. <br><br> **CLOUDFLARE, INC.,** <br><br> *Defendant.* | Civil Action No. 6:21-cv-00261-ADA <br><br> **JURY TRIAL DEMANDED** |

## JOINT MOTION FOR ENTRY OF PROPOSED SCHEDULING ORDER

The parties hereby move for the entry of the attached Proposed Scheduling Order.

DATED: August 26, 2021

Respectfully submitted,

*/s/ Daniel P. Hipskind*
Dorian S. Berger (CA SB No. 264424)
Daniel P. Hipskind (CA SB No. 266763)
BERGER & HIPSKIND LLP
9538 Brighton Way, Ste. 320
Beverly Hills, CA 90210
Telephone: 323-886-3430
Facsimile: 323-978-5508
E-mail: dsb@bergerhipskind.com
E-mail: dph@bergerhipskind.com

Elizabeth L. DeRieux
State Bar No. 05770585
CAPSHAW DERIEUX, LLP
114 E. Commerce Ave.
Gladewater, TX 75647
Telephone: 903-845-5770
E-mail: ederieux@capshawlaw.com

*Attorneys for Sable Networks, Inc.
and Sable IP, LLC*


*/S/ JOHN R. EMERSON*
JOHN R. EMERSON
 Texas State Bar No. 24002053
 russ.emerson@haynesboone.com
STEPHANIE N. SIVINSKI
 Texas State Bar No. 24075080
 stephanie.sivinski@haynesboone.com
**HAYNES AND BOONE, LLP**
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
(214) 651-5000 (telephone)
(214) 200-0615 (fax)

*Counsel for Defendant Riverbed Technology, Inc.*

2

>   */s/ STEVEN CALLAHAN*
>   STEVEN CALLAHAN
>     Texas State Bar No. 24053122
>     scallahan@ccrglaw.com
>   CHRISTOPHER T. BOVENKAMP
>     Texas State Bar No. 24006877
>     cbovenkamp@ccrglaw.com
>   ANTHONY M. GARZA
>     Texas State Bar No. 24050644
>     agarza@ccrglaw.com
>   C. LUKE NELSON
>     Texas State Bar No. 24051107
>     lnelson@ccrglaw.com
>   JOHN HEUTON
>     jhueton@ccrglaw.com
>   **CHARHON CALLAHAN**
>   **ROBSON & GARZA, PLLC**
>   3333 Lee Parkway, Suite 460
>   Dallas, Texas 75219
>   Telephone: (214) 521-6400
>   Telecopier: (214) 764-8392
>
>   *Counsel for Defendant Cloudflare, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that, on August 26, 2021, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

>   */s/ Daniel P. Hipskind*
>   Daniel P. Hipskind