# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **SABLE NETWORKS, INC.** AND **SABLE IP, LLC,**<br><br>*Plaintiffs,*<br><br>v.<br><br>**CLOUDFLARE, INC.,**<br><br>*Defendant.* | Civil Action No. 6:21-cv-00261-ADA<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF IPR PETITIONS

Pursuant to the Court's Order Governing Proceedings in Patent Cases, Plaintiffs Sable Networks, Inc. and Sable IP, LLC, respectfully notify the Court of the following *Inter Partes* Review ("IPR") petitions:

1. IPR2021-00909: Cloudflare, Inc. filed an IPR petition relating to the claims of U.S. Patent No. 8,243,593 on May 7, 2021. An institution decision on this petition is expected on or before November 21, 2021, and if IPR is instituted, a final written decision is expected on or before November 21, 2022.

2. IPR2021-00969: Cloudflare, Inc. filed an IPR petition relating to the claims of U.S. Patent No. 6,977,932 on May 21, 2021. An institution decision on this petition is expected on or before December 7, 2021, and if IPR is instituted, a final written decision is expected on or before December 7, 2022.

3. IPR2021-01005: Cloudflare, Inc. filed an IPR petition relating to the claims of U.S. Patent No. 7,012,919 on May 28, 2021. An institution decision on this petition is expected on or

before December 16, 2021, and if IPR is instituted, a final written decision is expected on or before December 16, 2022.

    4.    IPR2021-01067: Cloudflare, Inc. filed an IPR petition relating to a single claim (Claim 8) of U.S. Patent No. 6,954,431 on June 14, 2021.  An institution decision on this petition is expected on or before December 23, 2021, and if IPR is instituted, a final written decision is expected on or before December 23, 2022.

DATED: October 14, 2021　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　*/s/ Daniel P. Hipskind*
　　　　　　　　　　　　　　　　　　　　　Dorian S. Berger (CA SB No. 264424)
　　　　　　　　　　　　　　　　　　　　　Daniel P. Hipskind (CA SB No. 266763)
　　　　　　　　　　　　　　　　　　　　　Erin E. McCracken (CA SB No. 244523)
　　　　　　　　　　　　　　　　　　　　　BERGER & HIPSKIND LLP
　　　　　　　　　　　　　　　　　　　　　9538 Brighton Way, Suite 320
　　　　　　　　　　　　　　　　　　　　　Beverly Hills, CA 90210
　　　　　　　　　　　　　　　　　　　　　Telephone: 323-886-3430
　　　　　　　　　　　　　　　　　　　　　Facsimile: 323-978-5508
　　　　　　　　　　　　　　　　　　　　　E-mail: dsb@bergerhipskind.com
　　　　　　　　　　　　　　　　　　　　　E-mail: dph@bergerhipskind.com
　　　　　　　　　　　　　　　　　　　　　E-Mail: eem@bergerhipskind.com

　　　　　　　　　　　　　　　　　　　　　Elizabeth L. DeRieux
　　　　　　　　　　　　　　　　　　　　　State Bar No. 05770585
　　　　　　　　　　　　　　　　　　　　　CAPSHAW DERIEUX, LLP
　　　　　　　　　　　　　　　　　　　　　114 E. Commerce Ave.
　　　　　　　　　　　　　　　　　　　　　Gladewater, TX 75647
　　　　　　　　　　　　　　　　　　　　　Telephone: 903-845-5770
　　　　　　　　　　　　　　　　　　　　　E-mail: ederieux@capshawlaw.com

　　　　　　　　　　　　　　　　　　　　　*Attorneys for Sable Networks, Inc.*
　　　　　　　　　　　　　　　　　　　　　*and Sable IP, LLC*

## **CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on October 14, 2021, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

>*/s/ Daniel P. Hipskind*
>Daniel P. Hipskind