# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **SABLE NETWORKS, INC. AND SABLE IP, LLC,**<br><br>*Plaintiffs,*<br><br>v.<br><br>**CLOUDFLARE, INC.,**<br><br>*Defendant.* | **Civil Action No. 6:21-cv-00261-ADA**<br><br>**JURY TRIAL DEMANDED** |

### NOTICE TO COURT EXTENDING THE DEADLINES TO FILE PLAINTIFFS' OPPOSITION AND DEFENDANT'S REPLY TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OF INVALIDITY OF U.S. PATENT NO. 6,954,431

Pursuant to the Court's Standing Order Regarding Joint or Unopposed Requests to Change Deadlines dated August 11, 2021, Plaintiffs Sable Networks, Inc. and Sable IP, LLC (collectively, "Sable") hereby provide notice that the Parties have agreed to: (1) an extension of Plaintiffs' deadline to file an Opposition to Defendant's Motion for Summary Judgment of Invalidity of U.S. Patent No. 6,954,431 (Dkt. 30) until December 6, 2021, and (2) an extension of Defendant's deadline to file a Reply until December 27, 2021.

Dated:  November 22, 2021

Respectfully submitted,

/s/ Daniel P. Hipskind
Dorian S. Berger (CA SB No. 264424)
Daniel P. Hipskind (CA SB No. 266763)
BERGER & HIPSKIND LLP
9538 Brighton Way, Ste. 320
Beverly Hills, CA 90210
Telephone: 323-886-3430
Facsimile: 323-978-5508
E-mail: dsb@bergerhipskind.com
E-mail: dph@bergerhipskind.com

Elizabeth L. DeRieux
State Bar No. 05770585
Capshaw DeRieux, LLP
114 E. Commerce Ave.
Gladewater, TX 75647
Telephone: 903-845-5770
E-mail: ederieux@capshawlaw.com

*Attorneys for Sable Networks, Inc. and Sable IP, LLC*

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on November 22, 2021, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

/s/ Daniel P. Hipskind
Daniel P. Hipskind