UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

SABLE NETWORKS, INC., SABLE IP, LLC §
§
vs. § NO: WA:21-CV-00261-ADA
§
CLOUDFLARE, INC., CLOUDFLARE, INC. §

## ORDER SETTING DISCOVERY HEARING

**IT IS HEREBY ORDERED** that the above entitled and numbered case is set for DISCOVERY HEARING by Zoom on December 03, 2021 at 09:30 AM.

IT IS SO ORDERED this 1st day of December, 2021.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE