IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| Sable Networks, Inc. and Sable IP, LLC,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>Cloudflare, Inc.,<br><br>　　　　Defendant. | Civil Action No.<br>6:21-cv-00261-ADA<br><br>JURY TRIAL DEMANDED |

### DEFENDANT CLOUDFLARE, INC.'S STATUS REPORT REGARDING MOTION TO TRANSFER VENUE

Pursuant to the Court's Second Amended Standing Order Regarding Motions for Inter-District Transfer, Defendant Cloudflare, Inc. ("Cloudflare") provides this Status Report Regarding Motion to Transfer Venue:

On September 1, 2021, Cloudflare filed its Opposed Motion to Transfer Venue (the "Motion"). *See* ECF No. 26. As of today (i.e., four weeks prior to the date of the *Markman* hearing), the Motion is not fully briefed. Plaintiffs have not filed their Response to the Motion. Cloudflare anticipates that Plaintiffs will file their Response to the Motion within fourteen days after the deposition of Cloudflare's Chief Executive Officer. *See* ECF No. 39. Cloudflare will file its Reply within the later of fourteen days after (i) Plaintiffs' Response or (ii) the deposition of Plaintiff's Rule 30(b)(6) venue witness. *Id.*

Dated: December 15, 2021

Respectfully submitted,

*/s/ Steven Callahan*

STEVEN CALLAHAN
  Texas State Bar No. 24053122
  scallahan@ccrglaw.com
CHRISTOPHER T. BOVENKAMP
  Texas State Bar No. 24006877
  cbovenkamp@ccrglaw.com
ANTHONY M. GARZA
  Texas State Bar No. 24050644
  agarza@ccrglaw.com
C. LUKE NELSON
  Texas State Bar No. 24051107
  lnelson@ccrglaw.com
JOHN HEUTON
  jhueton@ccrglaw.com
**CHARHON CALLAHAN ROBSON & GARZA, PLLC**
3333 Lee Parkway, Suite 460
Dallas, Texas 75219
Telephone: (214) 521-6400
Telecopier: (214) 764-8392

*Counsel for Defendant Cloudflare, Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on December 15, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Dorian S. Berger, Esq. | Elizabeth L. DeRieux, Esq. |
| Daniel P. Hipskind, Esq. | CAPSHAW DERIEUX, LLP |
| BERGER & HIPSKIND LLP | 114 E. Commerce Ave. |
| 9538 Brighton Way, Ste. 320 | Gladewater, Texas 75647 |
| Beverly Hills, California 90210 | Telephone: 903-845-5770 |
| Telephone: 323-886-3430 | ederieux@capshawlaw.com |
| Telecopier: 323-978-5508 | |
| dsb@bergerhipskind.com | |
| dph@bergerhipskind.com | |

*/s/ Steven Callahan*
STEVEN CALLAHAN