NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

In re: **CLOUDFLARE, INC.,**
*Petitioner*

2022-167

On Petition for Writ of Mandamus to the United States District Court for the Western District of Texas in No. 6:21-cv-00261-ADA-DTG, Judge Alan D. Albright.

**ON PETITION AND MOTION**

PER CURIAM.

**O R D E R**

Cloudflare, Inc. submits a petition for a writ of mandamus directing the United States District Court for the Western District of Texas to transfer this case to the United States District Court for the Northern District of California. Cloudflare moves unopposed to waive Federal Circuit Rule 25.1 to accept the petition and for leave to file, in seven days, confidential and non-confidential versions of the petition that comply with Rule 25.1.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) Cloudflare's motion regarding Rule 25.1 is granted.

(2) Within seven days from the date of filing of this order, Sable Networks, Inc. and Sable IP, LLC are directed to respond to the petition. Any reply in support of the petition is due no later than three days thereafter.

　　　　　　　　　　　　　　　　　FOR THE COURT

September 30, 2022　　　　　　　/s/ Peter R. Marksteiner
　　　Date　　　　　　　　　　　　Peter R. Marksteiner
　　　　　　　　　　　　　　　　　Clerk of Court