IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **Sable Networks, Inc. and Sable IP, LLC,**<br><br>Plaintiffs,<br><br>v.<br><br>**Cloudflare, Inc.,**<br><br>Defendant. | Civil Action No.<br>6:21-cv-00261-ADA-DTG<br><br>**JURY TRIAL DEMANDED** |

**JOINT NOTICE OF EXTENSION OF FINAL CONTENTION
AND PLEADING AMENDMENT DEADLINES**

Sable Networks, Inc., Sable IP, LLC, and Cloudflare, Inc. hereby file this Notice, and respectfully show as follows:

Pursuant to the Court's Amended Standing Order Regarding Joint or Unopposed Request to Change Deadlines (filed March 7, 2022), the following deadlines are hereby extended:[1]

| Current Deadline | New Deadline | Case Event |
|---|---|---|
| October 28, 2022<br><br>(ECF No. 119) | December 9, 2022 | Deadline to serve Final Infringement and Invalidity Contentions. After this date, leave of Court is required for any amendment to Infringement or Invalidity Contentions. This deadline does not relieve the Parties of their obligation to seasonably amend if new information is identified after initial contentions. |
| November 30, 2022<br><br>(ECF No. 119) | January 9, 2023 | Deadline to amend the pleadings. A motion is not required unless the amendment adds patents or patent claims. (Note: This includes amendments in response to a 12(c) motion.) |

---

[1] The parties are currently negotiating in good faith towards a more fulsome amendment to the Court's current schedule, but submit this Joint Notice of Extension in the interim to avoid any ambiguity or waiver regarding immediate deadlines.

1

This extension request is agreed to between the parties; does not change the date of any hearing, trial or other Court date; and does not extend any deadline for a final submission that affects the Court's ability to hold a scheduled hearing, trial, or Court event.

Dated: November 1, 2022          Respectfully submitted,

s/John K. Harting
ELIZABETH L. DERIEUX
  Texas State Bar No. 05770585
  ederieux@capshawlaw.com
**CAPSHAW DERIEUX, LLP**
114 E. Commerce Ave.
Gladewater, Texas 75647
Telephone: (903) 845-5770
Telecopier: (903) 236-8787

CHRISTOPHER K. LARUS
  Admitted *pro hac vice*
  clarus@robinskaplan.com
JOHN K. HARTING
  Admitted *pro hac vice*
  jharting@robinskaplan.com
JESSICA L. GUTIERREZ
  Admitted *pro hac vice*
  jgutierrez@robinskaplan.com
SPENCER R. DAVIS-VANNESS
  Admitted *pro hac vice*
  sdavis-vanness@robinskaplan.com
**ROBINS KAPLAN LLP**
800 LaSalle Ave., Ste. 2800
Minneapolis, Minnesota 55402
Telephone: (612)349-8500
Telecopier: (612) 339-4181

DORIAN S. BERGER
  dsb@bergerhipskind.com
DANIEL P. HIPSKIND
  dph@bergerhipskind.com
**BERGER & HIPSKIND LLP**
9538 Brighton Way, Ste. 320
Beverly Hills, California 90210
Telephone: (323) 886-3430
Telecopier: (323) 978-5508

*Counsel for Plaintiffs Sable Networks, Inc. and Sable IP, LLC*

Dated: November 1, 2022          Respectfully submitted,

s/Steven Callahan
STEVEN CALLAHAN
  Texas State Bar No. 24053122
  scallahan@ccrglaw.com
CHRISTOPHER T. BOVENKAMP
  Texas State Bar No. 24006877
  cbovenkamp@ccrglaw.com
ANTHONY M. GARZA
  Texas State Bar No. 24050644
  agarza@ccrglaw.com
C. LUKE NELSON
  Texas State Bar No. 24051107
  lnelson@ccrglaw.com
MITCHELL R. SIBLEY
  Admitted *pro hac vice*
  Texas State Bar No. 24073097
  msibley@ccrglaw.com
JOHN HEUTON
  Admitted *pro hac vice*
  jheuton@ccrglaw.com
**CHARHON CALLAHAN**
**ROBSON & GARZA, PLLC**
3333 Lee Parkway, Suite 460
Dallas, Texas 75219
Telephone: (214) 521-6400
Telecopier: (214) 764-8392

*Counsel for Defendant Cloudflare, Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on November 1, 2022, I served the foregoing by ECF on the following counsel for Plaintiffs:

| | |
|---|---|
| Dorian S. Berger, Esq.<br>Daniel P. Hipskind, Esq.<br>**BERGER & HIPSKIND LLP**<br>9538 Brighton Way, Ste. 320<br>Beverly Hills, California 90210<br>Telephone: (323) 886-3430<br>Telecopier: (323) 978-5508<br>dsb@bergerhipskind.com<br>dph@bergerhipskind.com | Elizabeth L. DeRieux, Esq.<br>**CAPSHAW DERIEUX, LLP**<br>114 E. Commerce Ave.<br>Gladewater, Texas 75647<br>Telephone: (903) 845-5770<br>Telecopier: (903) 236-8787<br>ederieux@capshawlaw.com |

Christopher K. Larus, Esq.
John K. Harting, Esq.
Jessica L. Gutierrez, Esq.
Spencer R. Davis-VanNess, Esq.
**ROBINS KAPLAN LLP**
800 LaSalle Ave., Ste. 2800
Minneapolis, Minnesota 55402
Telephone: (612) 349-8500
Telecopier: (612) 339-4181
clarus@robinskaplan.com
jharting@robinskaplan.com
jgutierrez@robinskaplan.com
sdavis-vanness@robinskaplan.com

                                                                                           s/Steven Callahan
                                                                                           STEVEN CALLAHAN