# IN THE UNITED STATES DISTRICT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| Sable Networks, Inc. and<br>Sable IP, LLC,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>Cloudflare, Inc.,<br><br>　　　　　Defendant. | Civil Action No.<br>6:21-cv-00261-ADA-DTG<br><br>JURY TRIAL DEMANDED |

## ORDER ON PLAINTIFF SABLE'S MOTION FOR LEAVE
## TO AMEND PRELIMINARY INFRINGEMENT CONTENTIONS

Before the Court is Plaintiff Sable Networks, Inc. and Sable IP, LLC's (collectively, "Sable") opposed Motion for Leave to Amend Preliminary Infringement Contentions. After consideration of the motion, the Court is of the opinion that it should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Sable's Motion for Leave to Amend Preliminary Infringement Contentions is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that Sable may amend its preliminary infringement contentions to substitute claims 17, 18, 37, and 38 for currently asserted claims 3, 9, and 29 of U.S. Patent No. 8,243,593.

Signed this _____ day of _____, 2022.

_____
**The Honorable Alan D. Albright**
**U.S. District Court Judge**