# Exhibit 2

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re Patent | PATENT NO. 8,243,593 |
| Inventor:     NATCHU, Vishnu | Issued: August 14, 2012 |
| Appln. No.:   11/022,599 | Art Unit:    2462 |
| Confirm. No.: 8956 | Examiner:  WONG, Xavier S. |

Filed:  22 December 2004
Title:  MECHANISM FOR IDENTIFYING AND
        PENALIZING MISBEHAVING FLOWS IN
        A NETWORK

<u>Customer No. 43490</u>

### <u>LIMITED STATUTORY DISCLAIMER UNDER 35 USC 253 AND 37 CFR 1.321</u>

Commissioner for Patents
P.O. 1450
Alexandria, VA  22313-1450

Sir:

### <u>IDENTIFICATION OF OWNERSHIP</u>

Sable Networks, Inc. is the owner of 100 percent interest in and to the within-referenced patent by virtue of assignment duly recorded with the United States Patent and Trademark Office. A chain of title from the inventors of the patent, identified above, to the current assignee is as follows:

1. From: NATCHU, VISHNU

    To: CASPIAN NETWORKS, INC.

    The document was recorded in the United States Patent and Trademark Office at Reel: 016138, Frame: 0366

1

2. From: CASPIAN NETWORKS, INC.

    To: MOBILE CONVERGENCE, LTD.

    The document was recorded in the United States Patent and Trademark Office at Reel: 022992, Frame: 0829

3. From: MOBLE CONVERGENCE, LTD.

    To: SABLE NETWORKS, INC.

    The document was recorded in the United States Patent and Trademark Office at Reel: 022992, Frame: 0914

A copy of a duly executed statement under 37 CFR 3.73(b) is attached hereto.

2

Limited Statutory Disclaimer  
Attorney Docket No: SABLE-01008  

E-Filed  
3/4/2022 5:34 PM  
Sable Networks, Inc. Exhibit 2006  
Page 2006 - 2  
IPR2021-00909, Cloudflare, Inc. v. Sable Networks, Inc.

## IDENTIFICATION OF CLAIMS IMPACTED BY LIMITED STATUTORY DISCLAIMER

The Patent Holder, Sable Networks, Inc, owner of 100 percent interest in the instant patent hereby statutorily disclaims all, right, title and interest in and to claims 1, 2, 4-8, 14-16, 25-28, 34-36 in the within-identified patent, which read as follows:

1.      A machine-implemented method for processing a single flow, the flow comprising a plurality of packets, and the method comprising: creating a flow block as the first packet of a flow is processed by a single router; said flow block being configured to store payload-content-agnostic behavioral statistics pertaining to said flow, regardless of the presence or absence of congestion; said router updating said flow block with the payload-content-agnostic behavioral statistics of each packet belonging to said flow, as each packet belonging to said flow is processed by said router, regardless of the presence or absence of congestion; said router heuristically determining whether said flow exhibits undesirable behavior by comparing at least one of said payload-content-agnostic behavioral statistics to at least one pre-determined threshold value; and upon determination by said router that said flow exhibits undesirable behavior, enforcing, relative to at least one packet, a penalty; wherein the preceding steps are performed on said router without requiring use of inter-router data.

2.      A non-transitory computer-readable medium having computer-executable instructions for performing a method to process a single flow, the flow comprising a plurality of packets, and the method comprising: creating a flow block as the first packet of a flow is processed by a single router; said flow block being configured to store payload-content agnostic behavioral statistics about said flow, regardless of the presence or absence of congestion; said router updating said flow block with the flow's behavioral statistics of each packet belonging to said flow, as each

3

packet belonging to said flow is processed by said router, regardless of the presence or absence of congestion; said router heuristically determining whether said flow is exhibiting undesirable behavior by comparing at least one of said behavioral statistics to at least one pre-determined threshold value; and upon determination by said router that said flow is exhibiting undesirable behavior, enforcing, relative to at least one packet belonging to said flow, a penalty; wherein the preceding steps are performed on said router without requiring use of inter-router data.

4. A machine implemented method for processing a flow, the flow comprising a series of information packets, the method comprising: maintaining a set of behavioral statistics for the flow, wherein the set of behavioral statistics is updated based on each information packet belonging to the flow, as each information packet belonging to the flow is processed; determining, based at least partially upon the set of behavioral statistics, whether the flow is exhibiting undesirable behavior, regardless of the presence or absence of congestion; and in response to a determination that the flow is exhibiting undesirable behavior, enforcing a penalty on the flow.

5. A machine implemented method for processing a flow, the flow comprising a series of information packets, the method comprising: maintaining a set of behavioral statistics for the flow, wherein the set of behavioral statistics is updated based on each information packet belonging to the flow, as each information packet belonging to the flow is processed, regardless of the presence or absence of congestion; determining, based at least partially upon the set of behavioral statistics, whether the flow is exhibiting undesirable behavior; and in response to a determination that the flow is exhibiting undesirable behavior, enforcing a penalty on the flow.

6. The method of claim 1, wherein enforcing the penalty has an effect of correcting the flow's behavior such that the flow exhibits less undesirable behavior.

4

Limited Statutory Disclaimer
Attorney Docket No: SABLE-01008

E-Filed
3/4/2022 5:34 PM
Sable Networks, Inc. Exhibit 2006
Page 2006 - 4
IPR2021-00909, Cloudflare, Inc. v. Sable Networks, Inc.

7. The method of claim 1, wherein enforcing the penalty comprises: imposing an increased drop rate on the flow such that the information packets belonging to the flow have a higher probability of being dropped than information packets belonging to other flows that do not exhibit undesirable behavior.

8. The method of claim 1, wherein the penalty is enforced when a congestion condition is encountered.

14. The method of claim 12, wherein the penalty is enforced on the flow when a congestion condition is encountered.

15. The method of claim 12, wherein no penalty is enforced on the flow unless a congestion condition is encountered, regardless of how undesirably the flow is behaving.

16. The method of claim 12, wherein the penalty is determined and enforced on the flow even when no congestion condition is encountered.

25. A misbehaving flow manager (MFM) for processing a flow, the flow comprising a series of information packets, the MFM comprising: means for maintaining a set of behavioral statistics for the flow, wherein the set of behavioral statistics is updated based on each information packet belonging to the flow, as each information packet belonging to the flow is processed, regardless of the presence or absence of congestion; means for determining, based at least partially upon the set of behavioral statistics, whether the flow is exhibiting undesirable behavior; and means for enforcing, in response to a determination that the flow is exhibiting undesirable behavior, a penalty on the flow.

26. The MFM of claim 25, wherein enforcing the penalty has an effect of correcting the flow's behavior such that the flow exhibits less undesirable behavior.

Limited Statutory Disclaimer  
Attorney Docket No: SABLE-01008

E-Filed  
3/4/2022 5:34 PM  
Sable Networks, Inc. Exhibit 2006  
Page 2006 - 5  
IPR2021-00909, Cloudflare, Inc. v. Sable Networks, Inc.

27.     The MFM of claim 25, wherein the means for enforcing the penalty comprises: means for imposing an increased drop rate on the flow such that the information packets belonging to the flow have a higher probability of being dropped than information packets belonging to other flows that do not exhibit undesirable behavior.

28.     The MFM of claim 25, wherein the penalty is enforced when a congestion condition is encountered.

34.     The MFM of claim 32, wherein the penalty is enforced on the flow when a congestion condition is encountered.

35.     The MFM of claim 32, wherein no penalty is enforced on the flow unless a congestion condition is encountered, regardless of how undesirably the flow is behaving.

36.     The MFM of claim 32, wherein the penalty is determined and enforced on the flow even when no congestion condition is encountered.

The Patentee hereby submits that only the above-identified claims of the within-referenced patent are statutorily disclaimed and the enforceability of other claims contained in the within-referenced patent are not impacted by this limited statutory disclaimer of claims 1, 2, 4-8, 14-16, 25-28, 34-36 of the within-referenced patent. *See, e.g., Raytheon Techs. Corp. v. GE Co.*, 993 F.3d 1374, 1379 & n.4 (Fed. Cir. 2021).

Limited Statutory Disclaimer
Attorney Docket No: SABLE-01008

E-Filed
3/4/2022 5:34 PM

Sable Networks, Inc. Exhibit 2006
Page 2006 - 6
IPR2021-00909, Cloudflare, Inc. v. Sable Networks, Inc.

**FEES**

The fee set forth in 35 USC 1.20(d) is paid herewith and the USPTO is hereby authorized to debit any underpayment or credit any overpayment to Deposit Account No. 503203 held in the name of West & Associates, A PC.

**AUTHORIZED SIGNATORY**

The undersigned, Stuart J. West, is a registered patent attorney (Reg. No. 43258) of record in the within-referenced matter and thus has statutory authority to execute this Limited Statutory Disclaimer.

**CONCLUSION**

The Examining Officer is respectfully requested to telephone the undersigned if she can assist in any way in expediting the processing of this Limited Statutory Disclaimer.

Respectfully submitted,

By: /Stuart J. West/
Stuart J. West
Reg. No. 43,258

Dated: 4 March 2022

West & Associates, A PC
3050 Citrus Circle, Suite 207
Walnut Creek, CA  94598
(925) 262-2220

7

Limited Statutory Disclaimer                                                                                          E-Filed
Attorney Docket No: SABLE-01008                                                                        3/4/2022 5:34 PM
Sable Networks, Inc. Exhibit 2006
Page 2006 - 7
IPR2021-00909, Cloudflare, Inc. v. Sable Networks, Inc.

**Appendix A:  Statement Under 37 CFR 3.73(b)**

8

Sable Networks, Inc. Exhibit 2006
Page 2006 - 8
IPR2021-00909, Cloudflare, Inc. v. Sable Networks, Inc.

PTO/SB/96 (06-09)
Approved for use through 06/30/2009. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## STATEMENT UNDER 37 CFR 3.73(b)

Applicant/Patent Owner: Sable Networks, Inc.

Application No./Patent No.: 11022599    Filed/Issue Date: 12/22/2004

Titled: Mechanism for Identifying and Penalizing Misbehaving Flows in a Network

Sable Networks, Inc._____, a Corporation_____
(Name of Assignee)                    (Type of Assignee, e.g., corporation, partnership, university, government agency, etc.)

states that it is:

1. [x] the assignee of the entire right, title, and interest in;

2. [ ] an assignee of less than the entire right, title and interest in
   (The extent (by percentage) of its ownership interest is _____ %); or

3. [ ] the assignee of an undivided interest in the entirety of (a complete assignment from one of the joint inventors was made)

the patent application/patent identified above, by virtue of either:

A. [ ] An assignment from the inventor(s) of the patent application/patent identified above. The assignment was recorded in the United States Patent and Trademark Office at Reel _____, Frame _____, or for which a copy thereof is attached.

OR

B. [x] A chain of title from the inventor(s), of the patent application/patent identified above, to the current assignee as follows:

   1. From: Vishnu Natchu    To: Caspian Networks, Inc.

      The document was recorded in the United States Patent and Trademark Office at
      Reel 016138, Frame 0366, or for which a copy thereof is attached.

   2. From: Caspian Networks, Inc.    To: Venture Lending & Leasing IV, Inc.

      The document was recorded in the United States Patent and Trademark Office at
      Reel 018243, Frame 0363, or for which a copy thereof is attached.

   3. From: Venture Lending & Leasing IV, Inc.    To: Caspian Networks, Inc.

      The document was recorded in the United States Patent and Trademark Office at
      Reel 022991, Frame 0484, or for which a copy thereof is attached.

   [x] Additional documents in the chain of title are listed on a supplemental sheet(s).

[x] As required by 37 CFR 3.73(b)(1)(i), the documentary evidence of the chain of title from the original owner to the assignee was, or concurrently is being, submitted for recordation pursuant to 37 CFR 3.11.

[NOTE: A separate copy (i.e., a true copy of the original assignment document(s)) must be submitted to Assignment Division in accordance with 37 CFR Part 3, to record the assignment in the records of the USPTO. See MPEP 302.08]

The undersigned (whose title is supplied below) is authorized to act on behalf of the assignee.

_/s/_____    July 22, 2009
Signature                      Date

Gregory Perry                  CEO of Sable Networks, Inc.
Printed or Typed Name          Title

This collection of information is required by 37 CFR 3.73(b). The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.

Sable Networks, Inc. Exhibit 2006
Page 2006 - 9
IPR2021-00909, Cloudflare, Inc. v. Sable Networks, Inc.

From: Caspian Networks, Inc.    To: Mobile Convergence, Ltd.

The document was recorded in the United States Patent and Trademark Office at Reel 022992, Frame 0829, or for which a copy thereof is attached.

From: Mobile Convergence, Ltd.    To: Sable Networks, Inc.

The document was recorded in the United States Patent and Trademark Office at Reel 022992, Frame 0914, or for which a copy thereof is attached.

Sable Networks, Inc. Exhibit 2006
Page 2006 - 10
IPR2021-00909, Cloudflare, Inc. v. Sable Networks, Inc.