UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| SABLE NETWORKS, INC., SABLE IP, LLC | § | |
| | § | |
| vs. | § | NO: WA:21-CV-00261-ADA |
| | § | |
| CLOUDFLARE, INC., CLOUDFLARE, INC., SABLE IP, LLC, SABLE NETWORKS, INC. | § | |

### ORDER RESETTING ZOOM PRETRIAL CONFERENCE

**IT IS HEREBY ORDERED** that the above entitled and numbered case is reset for ZOOM PRETRIAL CONFERENCE by Private Zoom on December 13, 2023 at 02:00 PM .

IT IS SO ORDERED this 5th day of December, 2023.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE